UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GREGORY BAILEY (#9000005008)  CIVIL ACTION

VERSUS

E.B.R. PARISH PRISON, ET AL.  NO. 12-0224-JJB-DLD

## ORDER

This matter comes before the Court on the plaintiff's Motion for Default Judgment, rec.doc.no. 37, pursuant to which he seeks to obtain a default judgment against defendants Vincent Leggio and the East Baton Rouge Parish Prison. Considering, however, that defendant Leggio has not been served with process and has not appeared in this proceeding, and that the defendant Parish Prison is not an entity subject to suit in this Court, see, e.g., Jones v. St. Tammany Parish Jail, 4 F.Supp.2d 606 (E.D. La. 1998) (holding that a parish jail, which is "not an entity, but a building", is not subject to suit in federal court),

**IT IS ORDERED** that the plaintiff's Motion for Default Judgment, rec.doc.no. 37, be and it is hereby **DENIED**.

Baton Rouge, Louisiana, this 26th day of November, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE