UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GREGORY BAILEY (#21886)

VERSUS

E.B.R. PARISH PRISON, ET AL.

CIVIL ACTION

NO. 12-224-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 25, 2014 (doc. no. 108). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion for Summary Judgment (doc. no. 54) is DENIED and the Motion for Summary Judgment of defendant Dennis Grimes (doc. no. 91) is GRANTED, dismissing the plaintiff's claims asserted against this defendant, with prejudice. Further, this matter is referred back to the Magistrate Judge for further proceedings in connection with the plaintiff's claim asserted against the remaining defendant, Dr. Vincent Leggio.

Baton Rouge, Louisiana, this 10th day of April, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA