UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GREGORY BAILEY

VERSUS

E.B.R. PARISH PRISON,
ET AL.

CIVIL ACTION

NO. 12-224-JJB

**RULING AND ORDER**

Considering the Report and Recommendation (doc. 121) issued by United States Richard L. Bourgeois, Jr., on July 14, 2014;

The court finds that the Report and Recommendation should be adopted and approved as the court's findings herein.

Accordingly, the motion (doc. 107) by Dr. Leggio to dismiss pursuant to Rule 4(M) is hereby DENIED and this matter is referred back to the magistrate judge for further proceedings.

Baton Rouge, Louisiana, September 11th, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA