UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GREGORY BAILEY (#21886)

VERSUS

E.B.R. PARISH PRISON, ET AL.

CIVIL ACTION

NO. 12-224-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated January 16, 2015 (doc. no. 133). The plaintiff filed an objection which essentially makes the same arguments and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the Motion to Dismiss of defendant Dennis Leggio (doc. no. 128) is DENIED, and this matter is referred back to the magistrate judge for further proceedings in connection with the plaintiff's claim asserted against Dr. Vincent Leggio.

Baton Rouge, Louisiana, this ____ day of February, 2015.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA